**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| P.A., on behalf of minor child, **A.A.**; *et al.* | * | CIVIL ACTION NO.: 2:23-cv-2228 |
| | * | |
| *Plaintiffs*, | * | JUDGE BRANDON S. LONG |
| | * | |
| v. | * | MAGISTRATE JUDGE JANIS VAN |
| | * | MEERVELD |
| **DORIS VOITIER**, *et al.* | * | |
| *Defendants*. | * | |
| | * | |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Plaintiffs A.A., B.B., and C.C., by and through their parents, hereby file this Motion to Compel Discovery pursuant to Federal Rule of Civil Procedure 37, and respectfully request that this Court issue an order compelling Defendants to produce documents and answers responsive to Plaintiffs' First Interrogatories and Requests for Production. In support of their Motion, Plaintiffs show the following:

1.      Plaintiffs are students in St. Bernard Parish Public Schools ("SBPPS"), who bring this lawsuit against SBPPS, the St. Bernard Parish School Board ("SBPSB"), and Superintendent Doris Voitier, in her official capacity (collectively, "Defendants"). Plaintiffs allege that Defendants have arbitrarily and unlawfully deprived them of their right to education and discriminated against them based on their disabilities by placing them at SBPPS' alternative school, Rowley, in violation of federal and state law.

2.      On November 3, 2023, Plaintiffs served Interrogatories and Requests for Production (collectively, "discovery requests") upon Defendants via email. **Exs. A, B, C.**

3.      Defendants responded to Plaintiffs' discovery requests on December 4, 2023. **Exs. A, E, F.** Defendants withheld or failed to produce some documents and information responsive to Plaintiffs' discovery requests, including (but not limited to): (1) any documents or interrogatory

answers relating to the 2018-2019, 2019-2020, 2020-2021, and 2023-2024 school years; (2) any responsive communications, including emails; (3) any documents responsive to Plaintiffs' ninth request for production, which seeks demographic information about the student population enrolled at Rowley; and (4) any documents responsive to Plaintiffs' twenty-second request for production, which seeks the limited, redacted education records of other students at Rowley. These missing documents and interrogatory answers make up the contested discovery at issue in this Motion.

4.      Plaintiffs sent Defendants an email detailing the deficiencies in Defendants' discovery responses on January 15, 2024. **Ex. D** at 21-23. Defendants did not respond to this email.

5.      On January 24, 2024, Plaintiffs requested a meet and confer with Defendants to discuss Defendants' deficient discovery responses. **Ex. D** at 20.

6.      The parties met and conferred regarding the discovery issues on January 30, 2024.  In a good faith effort to resolve the outstanding issues and streamline the volume of documents for Defendants to produce immediately, Plaintiffs identified priority documents to be produced.

7.      On January 31 and February 2, 2024, Plaintiffs' counsel sent an email to Defendants' counsel summarizing Plaintiffs' position on the outstanding discovery issues. **Ex. D** at 11-14.

8.      On February 21 and March 14, 2024, Defendants provided some supplemental discovery responses; however, Defendants continued to withhold the contested discovery. **Ex. D** at 3, 7-8.

9.      As of the date of this filing, Defendants have not produced the contested

discovery.

Having conferred with Defendants in good faith in an effort to obtain responsive documents and information without court intervention, and because of Defendants' continued refusal to provide such documents and information, Plaintiffs now respectfully move this Court to grant their Motion and compel Defendants to produce (1) documents and interrogatory answers relating to the 2018-2019, 2019-2020, 2020-2021, and 2023-2024 school years; (2) correspondence, including emails, responsive to Plaintiffs Requests for Production; (3) documents responsive to Plaintiffs' ninth request for production (RFP 9) and twenty-second request (RFP 22) for production.

Dated:  April 2, 2024

Respectfully submitted,

Ashley Dalton, LA Bar No. 40330
Lauren Winkler, LA Bar No. 39062
Sophia Mire Hill, LA Bar No. 36912 **S**
**Southern Poverty Law Center**
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 322-8060
ashley.dalton@splcenter.org
lauren.winkler@splcenter.org
sophia.mire.hill@splcenter.org

Hector Linares, LA Bar No. 28857
Sara Godchaux, LA Bar No. 34561
Cait Roberts, Law Student Practitioner
Yael Acker-Krzywycky, Law Student Practitioner
**Stuart H. Smith Law Clinic**
Loyola University New Orleans College of Law
7214 St. Charles Avenue, Box 902
New Orleans, LA 70118
Phone: (504) 861-5560
halinare@loyno.edu
shgodcha@loyno.edu

***Counsel for Plaintiffs***

3